JOHN DOE *v.* THE HARTFORD ROMAN CATHOLIC
DIOCESAN CORPORATION ET AL.

The petition by the proposed intervenor Roger J. Frechette for certification for appeal from the Appellate Court (AC 29831) is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration of or decision on this petition.

*Roger J. Frechette*, in support of the petition.